1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR04-524-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING DEFENDANT'S |
| vs. | ) | REQUEST FOR EARLY |
| | ) | TERMINATION OF SUPERVISION |
| ARMOND JOE NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on defendant's request for early termination of supervision. Dkt. #83. Defendant's probation officer opposes early termination of supervised release because of defendant's substance abuse history and lack of stable full-time employment. The Court DENIES defendant's request for early termination of supervision. However, if defendant remains employed full-time and drug-free through September 1, 2011, the Court will grant the early termination. Supervising U.S. Probation officer Todd Sanders shall file a revised report in early September indicating whether defendant remained employed and drug-free.

DATED this 7th day of June, 2011.

Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST FOR EARLY
TERMINATION OF SUPERVISION - 1
(*Armond Joe Nunez*; CR04-524-RSL)